45   451
115   149

GRAND RAPIDS & INDIANA R. R. CO. v. ALEXANDER CAMERON.

*Railroad companies—Side fencing—Injuries to cattle—Modification of requests to charge.*

The statutory liability of a railway company for injuries to cattle resulting from its neglect to put up and maintain side-fencing is not affected by the contributory negligence of the owner of the cattle.   Act 198 of 1873.

Where a charge, considered as a whole, cures an apparent error committed by the court in modifying a request for an instruction, the judgment will not be reversed for such error.

Error to Kalamazoo.   Submitted Jan. 18.   Decided Jan. 28.

CASE.   Defendant brings error.   Affirmed.

*D. Darwin Hughes, Jr.* for plaintiff in error.   Contributory negligence is a defense to an action for injury resulting from neglect of a railroad company to obey the statutory requirement to maintain side-fencing: *Curry v. Railroad* 43 Wis. 665; *Jones v. Railroad* 42 Wis. 306; *Lawrence v. Railway* id. 322; *Hance v. Railroad* 26 N. Y. 428; *Towne v. Railroad* 124 Mass. 101; *Eames v. Railroad* 98 Mass. 560;

*Trow v. Vt. Cent. R. R.* 24 Vt. 487; *Ross v. R. R.* 6 Allen 87; *Chic. & Alton R. R. v. Fears* 53 Ill. 115; *Peoria etc. Railroad v. Champ* 75 Ill. 577.

*Oscar T. Tuthill* for defendant in error. The liability of a railroad company under a statute giving damages for injuries resulting from its neglect to maintain side-fencing is absolute: 1 Redf. Railways 466–490; *Robinson v. Grand Trunk Ry* 32 Mich. 322; *C. C. C. & I. R. R. Co. v. Brown* 45 Ind. 90; *Gilman v. R. R. Co.* 60 Me. 235; *Chic. & Alton R. R. v. Umphenour* 69 Ill. 198; *Poler v. N. Y. C. R.R.* 16 N. Y. 476; *Williams v. New Alb. R. R.* 5 Ind. 111; *Tol. & Wabash R. R. v. Cohen* 44 Ind. 444; *McKinney v. O. & M. R. R.* 22 Ind. 99; *Norris v. Androscoggin R. R.* 39 Me. 273; *Corwin v. N. Y. & E. R. R.* 13 N. Y. 42; *Brown v. Milwaukee Ry* 21 Wis. 39; *Laude v. Chic. R. R.* 33 Wis. 640; *Rogers v. Newburyport R. R.* 1 Allen 16; *Ind. & C. R. R. v. Townsend* 10 Ind. 38; *Jeffersonville Ry v. Applegate* id. 49.

MARSTON, C. J. In *Flint & Pere Marquette Ry Co. v. Lull* 28 Mich. 510, it was held that the liability of the company under the statute for injuries to cattle, by reason of the company's fences not being put up and maintained, was not affected by the contributory negligence of the owner of the cattle. This disposes of several of the errors assigned in this court. It may be that the modification of the defendant's sixth request, if standing alone, could not be sustained, but when we examine the entire charge as given, we are of opinion that the error, if any, was cured. The charge on the whole was even more favorable in some respects than the law would warrant.

The judgment must be affirmed with costs.

CAMPBELL and GRAVES, JJ. concurred.

COOLEY, J. did not sit in this case.